1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702
   Facsimile: (510) 747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,            NO. 96-4459M

13            Plaintiff,

14  v.
                                         STIPULATED ORDER OF
15  Eloise Santos aka Eloise S.          CONTINUING GARNISHMENT
    Santos aka Eloise S. Mercurio,

16            Defendant,

17  and

18  MV Transportation, Inc.,

19            Garnishee._____/

20  _____

21       IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

22  America, and Judgment Debtor, Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio,

23  that garnishee, MV Transportation, Inc., withhold $150.00 each month from Judgment Debtor's

24  non-exempt disposable income, commencing with the January, 2013, pay period, until the

25  entire current judgment principal, last compounded on February 01, 2013, in the amount of

26  $7,524.23, (original judgment in the amount of $3,368.16 entered February 24, 1997) plus

27  interest compounded annually pursuant to 11 USC §1961(b) at the rate of 5.640 % per annum

28  on said current judgment principal, for total interest through and including February 01, 2013,

STIPULATED GARNISHMENT ORDER, US v. Santos , CAND # 96-4459M                              1

1  in the amount of $397.80, for a total due of principal, interest, costs and attorney fees as of

2  February 01, 2013, in the amount of $7,962.03, has been paid in full or until the garnishee no

3  longer has custody, possession or control of any property belonging to the debtor or until

4  further Order of this court.

5       IT IS HEREBY FURTHER STIPULATED that MV Transportation, Inc., Garnishee,

6  immediately remit to the United States Department of Justice the above mentioned payments

7  as and for the month of January 2013, and as and for each month thereafter.

8       IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the

9  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box

10  790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim

11  number **1996A82513** on each check for posting purposes.

12       IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail

13  from judgment creditor to judgment debtor, shall submit a financial statement to judgment

14  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

15       IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title

16  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a

17  judge of the United States District Court and consent to have a United States magistrate judge

18  conduct any and all further proceedings in the case. It is understood that any appeal from an

19  order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United

20  States Court of Appeals in the same manner as an appeal from any other judgment of a District

21  Court.

22       By her signature hereafter, Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio

23  acknowledges that she has read, understands and waives all of her rights under the CLERK'S

24  NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT;

25  REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND

26  REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR

27  EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the

28  APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein

1  payment stipulation.

2  Dated: February 01, 2013

3
_____
Michael Cosentino, Counsel for United States

4
Dated: February 01, 2013

5
_____
Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio

6

7  **IT IS SO ORDERED.**

8  Dated: February 13, 2013
_____
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED GARNISHMENT ORDER, US v. Santos , CAND # 96-4459M                    3