MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile:  (510) 747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. **96-4459M** |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF CONTINUING GARNISHMENT** |
| **Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio,** | |
| Defendant, | |
| and | |
| **MV Transportation, Inc.**, | |
| Garnishee._____/ | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio, that garnishee, MV Transportation, Inc., withhold $150.00 each month from Judgment Debtor's non-exempt disposable income, commencing with the January, 2013, pay period, until the entire current judgment principal, last compounded on February 01, 2013, in the amount of $7,524.23, (original judgment in the amount of $3,368.16 entered February 24, 1997) plus interest compounded annually pursuant to 11 USC §1961(b) at the rate of 5.640 % per annum on said current judgment principal, for total interest through and including February 01, 2013,

1  in the amount of $397.80, for a total due of principal, interest, costs and attorney fees as of
2  February 01, 2013, in the amount of $7,962.03, has been paid in full or until the garnishee no
3  longer has custody, possession or control of any property belonging to the debtor or until
4  further Order of this court.

5  IT IS HEREBY FURTHER STIPULATED that MV Transportation, Inc., Garnishee,
6  immediately remit to the United States Department of Justice the above mentioned payments
7  as and for the month of January 2013, and as and for each month thereafter.

8  IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
9  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
10 790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim
11 number **1996A82513** on each check for posting purposes.

12 IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail
13 from judgment creditor to judgment debtor, shall submit a financial statement to judgment
14 creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

15 IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
16 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
17 judge of the United States District Court and consent to have a United States magistrate judge
18 conduct any and all further proceedings in the case. It is understood that any appeal from an
19 order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United
20 States Court of Appeals in the same manner as an appeal from any other judgment of a District
21 Court.

22 By her signature hereafter, Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio
23 acknowledges that she has read, understands and waives all of her rights under the CLERK'S
24 NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT;
25 REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND
26 REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR
27 EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the
28 APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein

payment stipulation.

Dated: February 01, 2013

_____
Michael Cosentino, Counsel for United States

Dated: February 01, 2013

_____
Eloise Santos aka Eloise S. Santos aka Eloise S. Mercurio

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
UNITED STATES MAGISTRATE JUDGE